NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**APOTEX INC.,**
*Plaintiff-Appellee*

v.

**DAIICHI SANKYO, INC., DAIICHI SANKYO CO., LTD., MYLAN PHARMACEUTICALS INC.,**
*Defendants-Appellants*

2016-2073, -2075, -2076, -2078

Appeals from the United States District Court for the Northern District of Illinois in No. 1:12-cv-09295, Judge Sharon Johnson Coleman.

**ON MOTION**

**O R D E R**

Upon consideration of Apotex Inc.'s motion to summarily affirm or, alternatively, to expedite proceedings in these appeals,

IT IS ORDERED THAT:

Any opposition to the motion is due no later than seven days from the date of filing of this order. Any reply

in support of the motion is due no later than three days thereafter.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31