# No. 2016-2073, -2075, -2076, -2078

# United States Court of Appeals for the Federal Circuit

APOTEX, INC.,

*Plaintiff-Appellee,*

v.

DAIICHI SANKYO, INC., and DAIICHI SANKYO CO., LTD.,

*Defendant-Appellants.*

and

MYLAN PHARMACEUTICALS, INC.,

*Intervenor Defendant-Appellant.*

*Appeal from the United States District Court for the Northern District of Illinois in Case Nos. 12-cv-9295 and 15-cv-3695, Judge Sharon Coleman*

## PLAINTIFF-APPELLEE APOTEX INC.'S MOTION TO WITHDRAW ITS MOTION FOR SUMMARY AFFIRMANCE OR, ALTERNATIVELY, FOR EXPEDITED PROCEEDINGS

Steven E. Feldman
Sherry L. Rollo
Daniel R. Cherry
HAHN LOESER & PARKS LLP
125 S. Wacker Drive, Suite 2900
Chicago, Illinois 60606
Telephone: (312) 637-3000
Facsimile: (312) 637-3001
*Attorneys for Plaintiff-Appellee APOTEX INC.*

June 13, 2016

FORM 9. Certificate of Interest

Form 9
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Apotex, Inc.    v.    Daiichi Sankyo, Inc.

Case No. 2016-2073, -2075, -2076, -2078

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☐ (appellant) ☐ (respondent) ☒ (appellee) ☐ (amicus) ☐ (name of party)

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| Apotex, Inc. | Apotex, Inc. | Apotex Pharmaceutical Holdings, Inc. |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

Steven E. Feldman, Sherry L. Rollo, Daniel R. Cherry, Leonard Friedman, Hahn Loeser & Parks, LLP, 125 South Wacker Drive, Suite 2900, Chicago, IL 60606

James P. White, Husch Blackwell, LLP, 120 South Riverside Plaza, Suite 2200, Chicago, IL 60606

Lawrence Rosenthal, One University Drive, Orange, CA 92866

May 16, 2016
Date

Signature of counsel

Steven E. Feldman
Printed name of counsel

Please Note: All questions must be answered

cc: see attached

Reset Fields

On May 16, 2016, Apotex filed a Motion for Summary Affirmance or, Alternatively, for Expedited Proceedings. ECF No. 7. In light of recent developments, Apotex has determined that the appeal should proceed under the current non-expedited schedule. Therefore, in order to preserve judicial resources, Apotex respectfully requests that the Court withdraw its pending motion.

Counsel for Apotex has contacted counsel for both Mylan and Daiichi Sankyo. As of the filing of this motion:

Counsel for Mylan has indicated that Mylan <u>does not oppose</u> the motion.

Counsel for Daiichi has not yet responded as of the time of filing this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | HAHN LOESER & PARKS LLP |
| Date: June 13, 2016 | By:  /s/Steven E. Feldman<br>Steven E. Feldman<br>Sherry L. Rollo<br>Daniel R. Cherry<br>HAHN LOESER & PARKS LLP<br>125 S. Wacker Drive, Suite 2900<br>Chicago, Illinois 60606<br>Telephone: (312) 637-3000<br>Facsimile: (312) 637-3001<br><br>Attorneys for Plaintiff<br>APOTEX INC. |

1

United States Court of Appeals
for the Federal Circuit

*Apotex, Inc. v. Daiichi Sankyo,* 2016-2073, -2075, -2076, -2078

## CERTIFICATE OF SERVICE

I, Steven E. Feldman, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

On **June 13, 2016** the foregoing **PLAINTIFF-APPELLEE APOTEX INC.'S MOTION TO WITHDRAW ITS MOTION FOR SUMMARY AFFIRMANCE OR, ALTERNATIVELY, FOR EXPEDITED PROCEEDING** was served upon the following counsel of record by electronic mail and/or via the Court's ECF System.

>Dominick A. Conde
>(Principal Counsel)
>Nina Shreve
>Fitzpatrick, Cella, Harper & Scinto
>1290 Avenue of the Americas, 17th
>Floor New York, NY 10104
>(212) 218-2255
>dconde@fchs.com
>nshreve@fchs.com

*Attorneys for Defendants-Appellants
Daiichi Sankyo, Inc. and Daiichi Sankyo Co., Ltd.*

| | |
|---|---|
| Christina J. McCullough<br>(Principal Counsel)<br>Perkins Coie, LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>206-359-6897<br>cmccullough@perkinscoie.com | Shannon M. Bloodworth<br>Perkins Coie LLP<br>700 Thirteenth Street, N.W.<br>Suite 600<br>Washington, D.C. 20005-3960<br>(202) 654-6200<br>SBloodworth@perkinscoie.com |
| David R. Pekarek Krohn<br>Perkins Coie LLP<br>One East Main Street, Suite 201<br>Madison, WI 53703<br>(608) 663-7460<br>DPekarekKrohn@perkinscoie.com | Paul D. Clement<br>George W. Hicks, Jr.<br>Bancroft PLLC<br>500 New Jersey Ave., NW<br>Suite 700<br>Washington, DC 20001<br>Tel: (202) 234-2806<br>pclement@bancroftpllc.com |

*Counsel for Intervenor Defendant-Appellant*
*Mylan Pharmaceuticals Inc.*

June 13, 2016                                    /s/Steven E. Feldman
                                                 Counsel of Record

3