NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APOTEX INC.,**
*Plaintiff-Appellee*

v.

**DAIICHI SANKYO, INC., DAIICHI SANKYO CO., LTD., MYLAN PHARMACEUTICALS INC.,**
*Defendants-Appellants*

---

2016-2073, -2075, -2076, -2078

---

Appeals from the United States District Court for the Northern District of Illinois in Nos. 1:12-cv-09295 and 1:15-cv-03695, Judge Sharon Johnson Coleman.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Upon consideration of Apotex Inc.'s motion to withdraw its motion for summary affirmance or, alternatively, for expedited proceedings,

IT IS ORDERED THAT:

The motion to withdraw is granted. The motion for summary affirmance or, alternatively, for expedited proceedings, is withdrawn.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31